**Order filed June 2, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00138-CV
_____

**JONATHAN HENRY, Appellant**

**V.**

**LASHON HENRY, Appellee**

---

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-28372**

---

## ORDER

The notice of appeal in this case was filed February 25, 2022. The clerk responsible for preparing the record notified this court that appellant has not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On May 10, 2022, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court that he has made arrangements to pay for the clerk's record on or before **June 17, 2022**. *See* Tex. R. App. P. 35.3(c). The appeal is subject to being dismissed without further notice if appellant fails to comply with this order. *See* Tex. R. App. P. 37.3(b).

PER CURIAM


Panel Consists of Justices Bourliot, Hassan, and Wilson.